UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DIANE VACCARO, on behalf of herself and those similarly situated,

    Plaintiff,

v.

AMAZON.COM.DEDC, LLC,

    Defendant.

Civ. Action No. 18-11852 (FLW)

**ORDER**

**THIS MATTER** having been opened to the Court by Joseph A. Nuccio, Esq., counsel for Amazon.com.dedc, LLC ("Defendant"), on a motion for an Order granting judgment as to the First Amended Complaint of Diane Vaccaro ("Plaintiff") and dismissing with prejudice the claims of Plaintiff, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure; it appearing that Plaintiff, through her counsel, Matthew D. Miller, Esq., opposes the motion; the Court having considered the parties' submissions without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 29th day of June, 2020,

**ORDERED** that Defendant's motion is **GRANTED IN PART** as to Count Two of Plaintiff's First Amended Complaint, such that Plaintiff's claim seeking compensation for time spent on meal breaks during the course of the workday is dismissed with prejudice; and

**FURTHER ORDERED** that Defendant's motion is **DENIED IN PART** as to Count One of Plaintiff's First Amended Complaint, such that this matter will proceed on Plaintiff's claim seeking compensation for time spent undergoing mandatory security screenings at the end of the workday.

2

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge

2