UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANE VACCARO, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM.DEDC, LLC,<br><br>Defendant. | Civil Action No. 18-11852 (FLW)<br><br>ORDER |

  This matter having come before the Court upon named plaintiff Diane Vaccaro's ("Plaintiff's") motion to amend her First Amended Complaint to add Jennifer Chiu, a former employee of defendant Amazon.com.dedc, LLC ("Defendant"), as an additional named plaintiff and to add allegations against Defendant under the New Jersey Wage and Hour Law for required pre-shift COVID-19 screenings at Defendant's New Jersey warehouses or "fulfillment centers" (Docket Entry Nos. 47, 51); and Defendant having opposed Plaintiff's motion on futility grounds (Docket Entry No. 50); and the Court having considered all arguments raised in support of and in opposition to Plaintiff's motion; and the Court having considered Plaintiff's motion without oral argument pursuant to L.Civ.R. 78.1(b); and for the reasons set forth in the Court's accompanying Memorandum Opinion; and for good cause shown;

  IT IS on this 17th day of March, 2021,

  ORDERED that Plaintiff's motion seeking leave to file an Amended Complaint is GRANTED; and it is further

  ORDERED that the Clerk of the Court terminate Docket Entry No. 47; and it is further

ORDERED that the parties confer and submit a proposed revised schedule by **March 31, 2021**.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**