MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Richard G. Rosenblatt
Joseph A. Nuccio
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DIANE VACCARO and JENNIFER CHIU,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>AMAZON.COM.DEDC, LLC,<br><br>　　　　　　Defendant. | Civil Action No. 3:18-11852 (FLW) (TJB)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Oral Argument Requested**<br>**Electronically Filed**<br><br>**Motion Day: December 6, 2021** |

**TO:**　Joshua S. Boyette
　　　　Justin L. Swidler
　　　　Matthew D. Miller
　　　　SWARTZ SWIDLER LLC
　　　　1101 Kings Highway North, Suite 402
　　　　Cherry Hill, NJ 08034
　　　　*Attorneys for Plaintiffs*

**COUNSEL:**

**PLEASE TAKE NOTICE** that on December 6, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Amazon.com Services LLC[1] ("Defendant" or "Amazon"), by and through its counsel, Morgan, Lewis & Bockius, LLP, will move before the Honorable Freda L. Wolfson, U.S.D.J., of the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, located at 402 East State Street Room, Trenton, NJ 08608, for the entry of an order pursuant to Federal Rule of Civil Procedure 56, granting

---

1　Amazon.com.dedc, LLC was merged into Amazon.com Services LLC and no longer exists.

summary judgment and dismissing with prejudice the claims asserted by Plaintiff Jennifer Chiu against Defendant in their entirety.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon the accompanying Memorandum of Law, Rule 56.1 Statement of Material Facts, and Declaration of Joseph A. Nuccio with Exhibits.

Dated:  November 12, 2021                                  Respectfully submitted,

                                                           MORGAN, LEWIS & BOCKIUS LLP

                                                           *s/ Joseph A. Nuccio*
                                                           Richard G. Rosenblatt
                                                           Joseph A. Nuccio
                                                           502 Carnegie Center
                                                           Princeton, New Jersey 08540
                                                           Telephone: (609) 919-6600
                                                           Facsimile: (609) 919-6701
                                                           richard.rosenblatt@morganlewis.com
                                                           joseph.nuccio@morganlewis.com
                                                           *Attorneys for Defendant*