MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Richard G. Rosenblatt
Joseph A. Nuccio
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANE VACCARO and JENNIFER CHIU, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM.DEDC, LLC, <br><br> Defendant. | Civil Action No. 3:18-11852 (FLW) (TJB) <br><br> **NOTICE OF MOTION TO DISMISS AS TO PLAINTIFF DIANE VACCARO** <br><br> **Electronically Filed** <br><br> **Motion Day: December 6, 2021** |

**TO:**    Joshua S. Boyette
Justin L. Swidler
Matthew D. Miller
SWARTZ SWIDLER LLC
1101 Kings Highway North, Suite 402
Cherry Hill, NJ 08034
*Attorneys for Plaintiffs*

**COUNSEL:**

**PLEASE TAKE NOTICE** that on December 6, 2021, at 9:00 a.m., or as soon thereafter

as counsel may be heard, Defendant Amazon.com Services LLC[1] ("Defendant" or "Amazon"), by

and through its counsel, Morgan, Lewis & Bockius, LLP, will move before the Honorable Freda

L. Wolfson, U.S.D.J., of the United States District Court for the District of New Jersey, at the

Clarkson S. Fisher Building & U.S. Courthouse, located at 402 East State Street Room, Trenton,

NJ 08608, for the entry of an order pursuant to Federal Rule of Civil Procedure 37(d) and 41(b),

---

1    Amazon.com.dedc, LLC was merged into Amazon.com Services LLC and no longer exists.

dismissing the claims asserted by Plaintiff Diane Vaccaro against Defendant for failure to cooperate in discovery.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon the accompanying Certification of Joseph A. Nuccio.

Dated:  November 12, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*s/ Joseph A. Nuccio*
Richard G. Rosenblatt
Joseph A. Nuccio
502 Carnegie Center
Princeton, New Jersey 08540
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
richard.rosenblatt@morganlewis.com
joseph.nuccio@morganlewis.com
*Attorneys for Defendant*