# Morgan Lewis

**Joseph A. Nuccio**
+1.609.919.6659
Joseph.nuccio@morganlewis.com

December 17, 2021

**VIA ELECTRONIC MAIL (NJDNEF_WOLFSON@NJD.USCOURTS.GOV)**

The Honorable Freda L. Wolfson
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Re:     Diane Vaccaro v. Amazon.com.dedc, LLC, Case No. 3:18-cv-11852-FLW-TJB

Dear Judge Wolfson:

We represent Defendant in this matter and write on behalf of all parties (with Plaintiffs' counsel's consent) to jointly request an extension of the briefing schedule as to both Defendant's Motion for Summary Judgment (Dkt. No. 67) and Plaintiff Chiu's Motion for Class Certification (Dkt. No. 69). The parties have conferred and, in light of a family medical emergency necessitating this extension, respectfully and jointly propose the following revised schedule as to both motions:

- Deadline for opposition papers reset to January 11, 2022;
- Deadline for reply papers reset to January 31, 2022; and
- Both motions' motion days be adjourned one cycle, to February 7, 2022.

This is the parties' second request for adjournment as to either of these motions. If the request is acceptable to Your Honor, a So Ordered line is set forth below. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Joseph A. Nuccio
Joseph A. Nuccio
cc:     All counsel of record (via electronic mail)

SO ORDERED this __20th__ day of December, 2021.

_[signature]_
**Hon. Freda L. Wolfson**

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241          T +1.609.919.6600
United States                                F +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Steven M. Cohen, Partner-in-Charge