IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANE VACCARO, et al., | |
| Plaintiffs, | No. 3:18-cv-11852-FLW-TJB |
| v. | |
| AMAZON.COM.DEDC, LLC. | |
| Defendant. | |

**ORDER**

AND NOW, on this ____ day of _____, 2022, upon consideration of Plaintiff's Motion to Strike Defendant's Declarations and Brief in Opposition to Plaintiff's Motion for Class Certification, and Defendant's opposition thereto, for good cause shown, IT IS:

1. ORDERED Defendant's Declarations submitted as Exhibits C-N, docketed at ECF Doc No. 73-4 through ECF Doc. No. 73-15, in support of their Brief in Opposition to Plaintiff's Motion for Class Certification, ECF Doc. No. 73. are hereby stricken pursuant to Fed. R. Civ. P. 37(c).

2. ORDERED that Defendant's Brief in Opposition to Plaintiff's Motion for Class Certification, ECF Doc. No. 73, which incorporates and relies on the above stricken declarations, is hereby stricken pursuant to Fed. R. Civ. P. 37(c).

BY THE COURT:

_____
Freda L. Wolfson
U.S District Judge

1